Leslie DAVIS, Appellant,

v.

HENNEPIN COUNTY, a political sub-
division; Commissioner Johnson;
Commissioner Opat; Commissioner
Stenglein; Commissioner Dorfman;
Commissioner Koblick; Commission-
er McLaughlin; Security Officer Rob
Estes; Security Officer Jam
Henderson; Security Supervisor
Mara; Security Supervisor Billings;
Security Officer Sco Elmore; Security
Supervisor Columbein, and all others
unknown, all in their personal and
professional capacities, Appellees.

No. 10–2297.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 4, 2010.

Filed: Nov. 9, 2010.

Leslie Davis, Minneapolis, MN, pro se.

Jean Burdorf, Hennepin County Attor-
ney's Office, Minneapolis, MN, for Appel-
lees.

Before LOKEN, MURPHY, and
BENTON, Circuit Judges.

PER CURIAM.

In this civil case removed from state
court, Leslie Davis appeals the district
court's [1] order dismissing his federal
claims and remanding the remaining
claims to state court. After careful de

---

**1.** The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

novo review, *see Strand v. Diversified Collection Serv., Inc.,* 380 F.3d 316, 317 (8th Cir.2004), we agree with the district court that Davis's free speech rights were not violated: the pleadings establish that Davis wished to speak in a limited designated public forum, the protocol used to regulate the order of speakers was content neutral, Davis refused to follow that protocol and disrupted the meeting, and the security officers who removed him had probable cause to believe he was violating a Minnesota statute prohibiting disorderly conduct at public meetings. We reject Davis's argument that the district court improperly assumed facts, because they were established by his pleadings. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.